Raymond E. Moore, Jr.   BS2633
Name and Prisoner/Booking Number

California Institution for Men
Place of Confinement

P.O. Box 3100
Mailing Address

Chino, Ca.   91708
City, State, Zip Code                In Pro Per

FILED
AUG 29 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Raymond E. Moore, Jr.                   )
(Full Name of Plaintiff)                )
                Plaintiff,              )
                                        )
        v.                              )  CASE NO.  2:22 CV1517 - JDP (PC)
                                        )           (To be supplied by the Clerk)
(1) Butte County                        )
(Full Name of Defendant)                )
(2) Kory L. Honea, Butte County Sheriff )
                                        )     **CIVIL RIGHTS COMPLAINT**
(3) Supervising Medical Officer or Organization )     **BY A PRISONER**
    in charge of Butte Co. Jail medical services )    JURY TRIAL DEMANDED
(4) _____ )
                Defendant(s).           )  ☒ Original Complaint
                                        )  ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )  ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    - ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    - ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    - ☐ Other: _____.

2. Institution/city where violation occurred: Butte County Jail

## B. DEFENDANTS

1. Name of first Defendant: __Butte County__. The first Defendant is employed as: _____ at _____.
   (Position and Title)                                   (Institution)

2. Name of second Defendant: __Kory L. Honea__. The second Defendant is employed as: __Sheriff of Butte County__ at __Butte County__.
   (Position and Title)                                   (Institution)

3. Name of third Defendant: __Supervising Medical Officer/Organization__. The third Defendant is employed as: __Supervising Medical Officer__ at __Butte County Jail__.
   (Position and Title)                                   (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                   (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _Eighth Amendment constitutional and civil right.  See Attachment "A"_.

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   SEE ATTACHMENT "A"

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   SEE ATTACHMENT "A"

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _We were not advised of any administrative appeal procedures at the at the county jail. So I sent a self created grievance to the County Sheriff and the County Supervisors._ I have not received any response as of this date.

3

# CLAIM II

1. State the constitutional or other federal civil right that was violated: _N/A_

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _N/A_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: _N/A_

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. _N/A_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

SEE ATTACHMENT "A"

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/20/2022
DATE

*Raymond E. Myers Jr*
SIGNATURE OF PLAINTIFF
In Pro Per

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

**ATTACHMENT "A"**

**D.** Cause of Action:

1. Claim:

Objectively, the cruel actions of the Correctional Officers and Medical Staff at Butte County Jail, after being fully advised of Petitioner's complaint about Petitioner's physical pain ignored safe medical protocol. After days of severe pain where Petitioner could not get up from the floor and numerous request for medical attention his appendix burst and the Petitioner's system was flooded with poison from the eruption. The Petitioner was left vulnerable and the medical staff ignored Petitioner's pleas for help for up to 9 days. The County Jail did not take the obvious proper medical and safety precautions in dealing with Petitoner's medical condition.

Subjectively, the Correctional Officers and the Medical Staff were reckless and deliberately indifferent since the Correctional Officers and Medical Staff in charge of the Petitioner's health and safety who knew of Petitoner's complained illness. They disregarded an excessive risk to the Petitioner's health and safety knowingly and recklessly. The officials failed to protect the Petitioner from the reckless medical assessment and deliberate indifference to Petitoner's safety and health issues. Also, the correctional and medical supervisory staff knowingly acquiesced by their failure to train and supervise line staff in the proper procedures in protecting the safety and health of an inmate in

circumstances like these. The lack of action by the correctional officers and the medical staff was injurious to Petitioner with deliberate indifference and it amounts to a Civil Rights and Constitutional violation of the Plaintiff's Eighth Amendment United States Constitutional Rights.

On August 21, 2020 Petitioner was transported to Oroville Hospital after complaining to the Butte County Jail correctional and medical staff of extreme abdominal pain for 9 days. After a brief exam and testing Petitioner was taken to surgery because Petitioner's appendix had ruptured, an unnecessary and wanton infliction of pain caused by the inadequate medical treatment and the cruel deliberate indifference of both the correctional and medical staff at Butte County jail. I was discharged from Oroville Hospital on September 2, 2020 at 1500 and returned to county jail.

3. **Supporting Facts:**

On August 13, 2020 while incarcerated at Butte County Jail Petitioner developed stomach pains which continued to increase. On or about August 13, 2020 Petitioner pushed the call button requesting medical assistance. The Medical Assistant took Petitioner's vitals and told him that he was fine. Petitioner explained that it was his side that was hurting him and she ignored him. Each hour the pain grew worse and the Petitioner was throwing up. Soon the Petitioner was lying on the floor writhing in pain. He could not get up. The other inmates

began to push the button and tell the staff that the Petitioner needed help. The response was that they were busy. Because the pain continued to increase the Petitioner continued to complain. At different times his vitals were once again taken by the medical assistants who all refused to take the Petitioner to the on-call doctor because Petitioner's blood pressure and vitals were okay. Even though Petitioner explained to each of these medical staff that the Petitioner's stomach and side hurt. The medical and corrections staff did not once consider the pain Petitioner complained about and acted as though the Petitioner's complaint was frivolous.

As time passed the pain grew much worse. The Petitioner would push the call button and when the correction officers heard it was from him they told him that everyone was busy. Petitioner tried to leave them alone and thought that for sure they would come to see him when they were finished with whatever they were doing. That did not happen. The people in the Petitoner's pod were concerned that the Petitioner might die so they began to push the call button, but by this time they were being ignored as well. The Petitioner asked some of the inmates to call his sister and see if she could try to get through to the staff. The Petitioner's sister, Paige Melendez, made contact with the County Jail and asked for an explanation as to why the Petitioner's many request were being ignored and for their help.

On August 17, 2020 (four full days after the Petitioner's first complaint) the Petitioner's complaint was finally entered into the Petitioner's medical record and an x-ray, 2 views was noted. It is

questionable that an x-ray would reveal the origin of the Petitioner's pain, but Petitioner thought at least something was being done. His pain was getting worse and by this time Petitioner was asking for help from anyone that would listen. To the Petitioner's surprise he was given more ACETAMINOPHEN by Ryan Rayome on August 21, 2020 (now 9 full days since the Petitioner's initial complaint and request to see a doctor) Finally, on August 21, 2020 Brandie Sage entered into the Petitioner's medical file that he had Abdominal/Gastrointestinal complaint and the Petitioner was sent to the emergency room at Oroville Hospital. Once at the hospital he was diagnosed with appendicitis with extensive necrosis and perforation.

The Petitioner's many complaints and request for medial assistance were down-played or ignored. On August 21, 2020 the Petitioner was taken to Oroville Hospital with a ruptured appendix and a hole in his bowel because of the delay of treatment. The ruptured appendix and the rotted bowel could have been avoided if the personnel had not acted with deliberate indifference and inadequate medical treatment, in violation of his civil and 8th Amendment constitutional rights. Petitioner was defenseless and depended on the Butte County Jail correctional and medical staff to protect his well-being.

Butte County (Defendant No. one) permitted violation of Petitioners civil and constitutional 8th Amendment right by their deliberate indifference to their operational procedures and training and they acquiesced to the cruel and unusual punishment through providing inadequate medical treatment and deliberate indifference of those

incarcerated in their county jail, in this case that of the Petitioner.

.

Butte County Sheriff, Mr. Kory L. Honea (Defendant No. 2) as directly responsible for the actions of the correction officers, medical staff working for Butte County Jail and the protection of the rights of the inmates under his care. Inasmuch, he permitted violation of Petitioners civil and constitutional 8th Amendment right by their deliberate indifference to their operation procedures and training and he acquiesced to the cruel and unusual punishment through providing inadequate medical treatment and deliberate indifference of those incarcerated in his county jail|| in this case that of the Petitioner..

The Supervising Medical Officer or Organization in charge of Butte County Jail medical services (Defendant No. 3) is directly responsible for the level of care and performance of his/her medical staff that perform the necessary oversight and evaluation of the inmates that they are assigned to. By the inadequate medical care and deliberate indifference provided by the medical assistants involved is a direct result of a lack of training, supervision and review by the Supervision Medical Officer in violation of Petitioner's civil and constitutional 8th Amendment constitutional rights.

4.  **Injury:**

By the unnecessary and wanton infliction of pain caused by the

inadequate medical treatment by the deliberate indifference of both the correctional and medical staff at Butte County Jail my appendix ruptured and a hole was eaten through my intestines. I will always have pain because of this and could have died.

### E. Request For Relief

Due to the egregious harm, injury and suffering perpetrated against the Petitioner which will limit his future ability to obtain employment in the field of his choice and the mental and emotional injury he suffered by the unnecessary and wanton violation of Petitioners civil and constitutional rights as described above the Petitioner seeks $2,500,000 (Two Million Five Hundred Thousand Dollars) in compensatory damages collectively and individually from the defendants. Additionally Plaintiff seeks an additional $1,000,000 (One Million Dollars) punitive damages from Defendants Number(s) 2 (Two) and 3 (Three) for their deliberate indifference in the supervision of their correctional and medical staff which created the unnecessary and wanton infliction of pain and injury caused by the inadequate medical treatment in violation of Petitioner's Civil and 8th Amendment Constitutional Rights. Also, all defendants in this matter should be ordered to attend training to avoid this type of failure in the future.

Due to the complex nature of this matter Petitioner request this Honorable Court to APPOINT COUNSEL FOR PETITIONER.

August 20, 2022

Clerk of the United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA. 95814

RE: 1983 Civil Rights Complaint enclosed

Dear Clerk:

    I have asked my institution to verify my trust account and forward the In Forma Pauperis request to you under separate cover. I hope that you have already received it from the institution (California Institution for Men). If not would you please file this when you get the application since I have no control as to when this Institution will file the documents?

    Thank you for your assistance with this important matter.

Sincerely,

*Raymond E. Moore Jr.*

Raymond E. Moore, Jr. BS2633
CIM D11 169 U
PO Box 3100
Chino, CA. 91708

## PROOF OF SERVICE

(C.C.P. § 1013a; § 2015/5; Fed R. Civ. P. 5, 23 U.S.C. 1746)

Case Name: (A) Moore V. Butte County, et al.          (B) Case No:

. I am over the age of (18) years, a citizen of the United States, and a resident of California. I am not a party to this matter. My mailing address is: P.O. Box 3100; Chino, CA. 91708.

On (C) August 20, 2022 I served a (D) **CIVIL RIGHTS COMPLAINT** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, addressed to the following parties:

(E) **Clerk of the United States District Court; Eastern District of California; 501"I" Street, Suite 4-200**
   **Sacramento, CA. 95814**

I am readily familiar with the normal business practices for collection and processing of correspondence and other material for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, in a sealed envelope with postage fully prepaid, it is deposited in a box so provided at the correctional institution in which I am presently confined.

I certify (or declare) under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Name: FARNSWORTH, JAMES          CDCR No. AY8343

Signed: [signature]