Name: Raymond E. Moore Jr.
CDC No: BS2633
Address: PO Box 3100
Chino, CA. 91708

FILED
AUG 29 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Raymond E. Moore, Jr.

        Plaintiff/Petitioner,

v.

Butte County, Kory L. Hones, Sheriff of Butte County; Supervising Medical Officer or Organization in charge of medical services of Butte Co.

        Defendants/Respondent.

CASE NUMBER: 2:22CV1517-JDP(PC)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

I, Raymond E. Moore, Jr., declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   X Yes   __ No   (If "no" DO NOT USE THIS FORM)

   State the place of your incarceration. __California Institution for Men__

2. Are you currently employed (includes prison employment)?   __ Yes   X No

   a. If the answer is "yes" state the amount of your pay. _____

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:   __ Yes   X No

   b. Rent payments, interest or dividends:   __ Yes   X No

  c.  Pensions, annuities or life insurance payments: ___ Yes _X_ No

  d.  Disability or workers compensation payments: ___ Yes _X_ No

  e.  Gifts or inheritances: ___ Yes _X_ No

  f.  Any other sources: ___ Yes _X_ No

  If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary).

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes _X_ No

  If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ___ Yes _X_ No

  If "yes" describe the property and state its value: _____

6. Do you have any other assets? ___ Yes _X_ No

  If "yes," list the asset(s) and state the value of each asset listed: _____

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.
  N/A

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

8/20/2022
DATE

Raymond G. Moon JR.
SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average monthly deposits to the applicants account was $_____.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER