UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUTTE COUNTY, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:22-cv-01517-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 17 |

Plaintiff has filed a third motion for an extension of time to file an amended complaint. ECF No. 17.  Good cause appearing, it is hereby ORDERED that:

　　　1. Plaintiff's motion for an extension of time, ECF No. 17, is granted.

　　　2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

　　　3. Absent extraordinary circumstances, no further extensions of time will be granted.

IT IS SO ORDERED.

Dated:　　February 7, 2023　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE