Raymond E. Moore, Jr. BS2633
Name and Prisoner/Booking Number

California Institution for Men
Place of Confinement

P.O. Box 3100
Mailing Address

Chino, CA. 91708
City, State, Zip Code

In Pro Per

**FILED**

FEB 17 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Raymond E. Moore, Jr.       )
(Full Name of Plaintiff)    )
                Plaintiff,  )
                            )
        v.                  )  CASE NO. 2:22-cv-01517- JDP (PC)
                            )          (To be supplied by the Clerk)
(1) Deputy Sheriff/Correction Officer Stockwell
(Full Name of Defendant)    )
(2) Deputy Sher/Corr. Officer Wilderson ,  )
                            )              **CIVIL RIGHTS COMPLAINT**
(3) Ryan Rayome           , )              **BY A PRISONER**
                            )
(4) Daniela Shoemaker      , )  ☐ Original Complaint
                Defendant(s). )  ☒ First Amended Complaint
☒ Check if there are additional Defendants and attach page 1-A listing them. )  ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

    ☐ Other: _____.

2. Institution/city where violation occurred: _____Butte County Jail_____.

Revised 3/15/2016                                  1

Defendants Continued

Attachment 1-a

(5) Tanya Atkinson
(6) ~~Brandie Sage~~ *Brandie Sage*
(7) Does A-H to be identified later

SEE III. PARTIES ATTACHED

1-A Additional Defendants

## B. DEFENDANTS

1. Name of first Defendant: __Stockwell_____. The first Defendant is employed as:
   ~~Deputy Sheriff/Correctional Officer~~ at ~~Butte County Jail~~
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _____Wilderson_____. The second Defendant is employed as:
   __Deputy Sheriff/Correctional Officer__ at __Butte County Jail__.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: ___Ryan Rayome_____. The third Defendant is employed as:
   __medical support_____ at __Butte County Jail__.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: ____Daniela Shoemaker_____. The fourth Defendant is employed as:
   __medical support_____ at __Butte County Jail__.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

Defendants Continued
Attachment 1-B

(5) Name of fifth Defendant Tanya Atkinson. The fifth Defendant is employed as: medical support at Butte County Jail.

(6) Name of sixth Defendant Brandie Sage. The sixth Defendant is employed as: medical support at Butte County Jail.

(7) Does A-H to be identified The seventh through the thirteenth Defendants are employed as: Deputy Sheriffs/Correctional Officers or medical support at Butte County Jail.

1-B Additional Defendants

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _____
   _____SEE ATTACHMENT "A"_____.

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   SEE ATTACHMENT "A"

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   SEE ATTACHMENT "A"

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

3

## E. REQUEST FOR RELIEF

State the relief you are seeking:

SEE ATTACHMENT "A"

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2-12-23
　　　　　　　　DATE

Raymond G. Moore Jr
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

ATTACHMENT "A"

## I. INTRODUCTION

This is a civil rights complaint for declaratory relief and monetary damages brought over the medical assessment and deliberate indifference in violation of the legal rights of plaintiff Raymond E. Moore, Jr. while he was incarcerated at Butte County Jail as a pretrial defendant. While incarcerated at Butte County Jail he was under the supervision, care and control of defendants Butte County Deputy Sheriffs/Correctional Officers Stockwell, Wilderson, "Does" A - D (who's identity is currently unknown to plaintiff, but will be added from discovery in this matter), Physician Assistant Ryan Rayome, medical support Daniela Shoemaker, medical support Tanya Atkinson, medical support Brandie Sage, and other medical staff "Does" E-H (who's identity is currently unknown to plaintiff, but will be added from discovery in this matter) at Butte County Jail.

## II. JURISDICTION AND VENUE

1. This is a civil rights action under 42 U.S.C. § 1983 to redress the deprivation under color of state law of rights, privileges and immunities guaranteed by the Fourteenth Amendment of the United States Constitution. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

2. This Court has jurisdiction over plaintiff's action for declaratory relief pursuant to 28 U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure.

3. Venue is proper in the Eastern District of California under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim occurred at Butte County Jail, in the Eastern District of California.

### III. PARTIES

4. Plaintiff Raymond E. Moore, Jr. is currently incarcerated in the California Department of Corrections and Rehabilitation (hereinafter CDCR), but at all times relevant to this action he was a pretrial inmate incarcerated in Butte County Jail (hereinafter Butte).

5. Defendant Stockwell was at all relevant times a Deputy Sheriff/Correctional Officer for Butte, and is sued herein in his individual capacity.

6. Defendant Wilderson was at all relevant times a Deputy Sheriff/Correctional Officer for Butte, and is sued herein in his individual capacity.

7. Defendants Doe A through D were at all relevant times a Deputy Sheriff/Correctional Officer for Butte, and is sued herein in their individual capacities.

8. Defendant Rayome was at all relevant times a Physician Assistant or medical support for Butte, and is sued herein in his individual capacity.

9. Defendant Shoemaker was at all relevant times a medical support person for Butte, and is sued herein in his/her individual capacity.

10. Defendant Atkinson was at all relevant times a medical support person for Butte, and is sued herein in his/her individual capacity.

11. Defendant Sage was at all relevant times a medical support person for Butte, and is sued herein in his/her individual capacity.

12. Defendants Doe E through H were at all relevant times a medical support person for Butte, and is sued herein in his/her individual capacities.

13. At all times mentioned herein, the defendants, and each of them, were employees of Butte and/or Butte contracted independent jail medical services.

## IV. FACTUAL ALLEGATIONS

14. Objectively, the cruel actions of the Correctional Officers and Medical Staff at Butte, after being fully advised of petitioner's complaint about his physical pain ignored safe medical protocol. After days of severe pain where petitioner could not get up from the floor and numerous request for medical attention his appendix burst and his system system was flooded with poison from the eruption which resulted in, among other things, infection and gan green set in. The petitioner was left vulnerable and the medical staff ignored his pleas for help for up to 9 days. The Deputy Sheriffs/Correction Officers and Medical Staff did not take the obvious proper medical and safety precautions in dealing with petitioner's medical condition.

15. Subjectively, the Correctional Officers and the Medical Staff were reckless and deliberately indifferent since the Correctional Officers and Medical Staff in charge of the Petitioner's health and safety knew of Petitioner's complained illness. They disregarded an excessive risk to the Petitioner's health and safety knowing of Petitioner's complained illness. They disregarded an excessive risk to the Petitioner's health and safety knowingly and recklessly. The Correctional Officers and Medical Staff failed to protect the Petitioner from the reckless medical assessment and deliberate indifference to Petition's safety and health issues. The lack of action by the Correctional Officers and the medical staff was injurious to Petitioner with deliberate indifference and it amounts to a Civil Rights and Constitutional violation of the plaintiff's Fourteenth Amendment of the United States Constitutional Rights.

16. On August 21, 2020 Petitioner was transported to Oroville Hospital after complaining to the Butte Correctional and Medical staff of extreme abdominal pain for 9 days. After a brief exam and testing petitioner was taken to surgery

because petitioner's appendix had ruptured, an unnecessary and wanton infliction of pain caused by the inadequate medical treatment and the cruel deliberate indifference of both the Correctional and Medical staff at Butte. I was discharged from Oroville Hospital on September 2, 2020 at 1500 and returned to Butte.

## V. SUPPORTING FACTS

17. On August 13, 2020 while incarcerated for pretrial at Butte petitioner developed stomach pains which continued to increase. On or about August 13, 2020 petitioner pushed the "call button" requesting medical assistance. The defendant Medical Assistant took petitioner's vitals and told him that he was fine. Petitioner explained that it was his side that was hurting him and she ignored him. Each hour the pain grew worse and the petitioner was throwing up. Soon the petitioner was lying on the floor writing in pain. He could not get up. The other inmates began to push the "call button" and tell the staff that the petitioner needed help. The response from Deputy Sheriff/Correctional Officer defendants was that they were busy. Because the pain continued to increase the petitioner continued to complain. At different times his vitals were once again taken by the defendant medical assistants who each refused to take the petitioner to the on-call doctor because petitioner's blood pressure and vitals were okay. Even though petitioner explained to each of these medical staff defendants that the petitioner's stomach and side hurt. The Medical Assistants and the Correctional staff defendants did not once consider the pain petitioner complained about and acted as though the petitioner complaint was frivolous.

18. As time passed the pain grew much worse. The petitioner would push the call button and when the Correction Officer defendants heard it was from him they told him that everyone was busy. Petitioner tried to leave them alone and thought

that for sure the Correctional and Medical staff defendants would come to see him when they were finished with whatever they were doing. That did not happen. The people in the petitioner's pod were concerned that the petitioner might die so they began to push the "call button", but by this time they were being ignored as well by the correctional officer defendants. The petitioner asked some of the other inmates to call his sister and see if she could try to get through to the correctional officers and medical staff defendants. The petitioner's sister, Paige Melendez, made contact with the County Jail and asked for an explanation as to why the petitioner's many request were being ignored, and asked for their help.

19. On August 17, 2020 (four full days after the petitioner's first complaint) his complaint was finally entered into his medical record and he had an x-ray, two views were noted. It is questionable that an x-ray would reveal the origin of the petitioner's pain, but he thought at least something was being done. His pain was getting worse and by this time petitioner was asking for help from anyone that would listen. To the petitioner's surprise he was given more Acetaminophen by defendant Rayone on August 21, 2020 (now 9 full days since the petitioners initial complaint and request to see a doctor). Finally, on August 21, 2020 defendant Sage entered into the petitioner's medical file that he had an Abdominal/Gastrointestinal complaint and the petitioner was sent to the emergency room at Oroville Hospital. Once at the hospital he was diagnosed with appendicitis with extensive necrosis, perforation, and a severe gan green infection.

20. The petitioner's many complaints and request for medical assistance were down-played or ignored. On August 21, 2020 the petitioner was taken to Oroville Hospital with a ruptured appendix, a hole in his bowel, and gan green infection because of the delay of treatment. The ruptured appendix, rotted bowel, and the infection could have been avoided if the defendants had not acted with deliberate

indifference and inadequate medical treatment, in violation of petitioner's civil and Fourteenth Amendment Constitutional rights. Petitioner was defenseless and depended on the Butte Correctional and Medical staff to protect his well-being.

## VI. CAUSE OF ACTION

### FIRST CAUSE OF ACTION
(42 U.S.C. § 1983, 14th Amendment to U.S. Constitution)
(Plaintiff v. Stockwell, Wilderson, Rayome, Shemaker, Atkinson, Sage, and Does A-H)

21. The allegations contained in paragraphs 1 through 20, inclusive, are hereby incorporated by reference.

22. Defendants Stockwell, Wilderson, Rayome, Shemaker, Atkinson, Sage, and Does A - H violated plaintiff's right to be free from cruel and unusual punishment guaranteed to the plaintiff by the Fourteenth Amendment of the United States Constitution by their actions of deliberate indifference and other violations of law against plaintiff.

23. Defendants' wrongful actions alleged herein are in violation of 42 U.S.C. § 1983 because they have deprived plaintiff of rights, benefits, and privileges secured by the United States Constitution.

24. Defendants acted under color of state law.

25. Defendants knew or should have known that their conduct, attitudes and actions created an unreasonable risk of serious harm to plaintiff.

26. The actions and conduct of defendants demonstrate deliberate indifference of plaintiff's Fourteenth Amendment rights.

27. As a proximate result of the defendants' violation of plaintiff's right to be free from cruel and unusual punishment while he was at Butte County Jail, plaintiff has suffered, is suffering, and will continue to suffer irreparable harm.

28. As a direct and foreseeable result of the defendant's violation of the

Fourteenth Amendment, plaintiff has suffered, is suffering, and will continue to suffer physical injuries in the form of damage to his intestines, scar tissue in the abdomen, problems with evacuation of the bowel, problems with balance, and other injuries.

29. As a direct and foreseeable result of the defendants' violations of the Fourteenth Amendment, plaintiff has suffered, is suffering, and will continue to suffer injuries in the form of pain and suffering, shame, humiliation, degradation, emotional distress, embarrassment, mental distress and other injuries.

30. An actual controversy exists between plaintiff and defendant concerning their rights, privileges, and obligations.

31. Defendants' acts were willful, intentional, malicious, wanton, and despicable in conscious disregard of plaintiff's rights, entitling plaintiff to an award of exemplary damages.

## VI. APPOINTMENT OF COUNSEL

32. Plaintiff has exhausted the information available to him to craft and prosecute this matter in the law library that is accessible to him. He has demonstrated that he is likely to succeed on the merits of the case. For this case to come to a successful conclusion discovery, interrogatories, sworn testimony|| expert witness selection and preparation, oral arguments, settlement conferences, an evidentiary hearing, and trial will be necessary. These exceptional circumstances will require the appointment of counsel in this matter. Plaintiff is uneducated in the law with only a high school education. Plaintiff's Constitutional rights were violated by the horrific course of events that occurred and I deserve my day in court and the compensation for my injuries that were caused by the defendants violations. I cannot do this alone. Exceptional

circumstances are present to require the appointment of counsel here and I humbly ask the Court to appoint counsel.

### PRAYER FOR RELIEF

33. Wherefore, plaintiff respectfully prays for relief as follows:

1. Issue a declaratory judgement that the defendants's actions complained of herein violate plaintiff's rights under the U.S. Constitution and as otherwise alleged herein;

2. Appointment of Counsel;

3. Award plaintiff monetary damages, compensatory and punitive, in an amount to be determined at trial;

4. Award plaintiff the costs of suit and reasonable attorney fees; and

5. Grant plaintiff such other and further relief as the Court deems just and proper.

Dated: 2-12-23

                Respectively submitted,

                *Raymond E. Moore Jr.*

                Raymond E. Moore, Jr.

                In Pro Per

Attachment A   8 of 8

# CALIFORNIA INSTITUTION FOR MEN
## PROOF OF SERVICE BY MAIL
(C.C.P. §1013a; §2015.5; Fed.R.Civ.P. 5; 28 U.S.C. 1746)

(A) In re: __Moore, Jr.__  Case # __2:22-cv-01517-JDP__

I am over the age of eighteen years, a citizen of the United States, a resident of the State of California, and not a party to the within action. My mailing address is: P.O. BOX 3100 CHINO, CA 91708.

On the following date: (B) __2·12·2023__, I served the following document(s): (C)
__Civil Rights Complaint - First Amended__

On the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, addressed as follows to the following parties: (D)

Clerk of the U.S. Court
for the Eastern District of California
501 "I" Street, Room 4-200
Sacramento, Ca. 95814

I am readily familiar with the normal business practices for collection and processing of correspondence and other materials for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, in a sealed envelope with postage fully prepaid, it is deposited in a box so provided at the correctional institution in which I am presently confined.

I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(E) Name: __J. Farnsworth__   CDCR#: __AY8348__

Signed: __[signature]__   Dated: __2·12·2023__

---

### CIM MAILROOM ACKNOWLEDGEMENT OF MAILING

DATED: _____   STAFF: _____

SIGNED: _____

A proof of service is required to be sent with most petitions, motions, filings, (P.C. §1381, §1382, §1203.2.a) and other documents sent to the Court, Administrative Agencies, or opposing parties.

This is a "multi-use form" that can be used as verification the CIM Mail Room has mailed your documents, or as a "3rd party proof of service" as required in Code of Civil Procedure and Federal Rules of Civil Procedure. (The 3rd party is not part of the action and the only requirement of the person serving the documents is that they are over the age of eighteen years old).

You must complete a proof of service for each package of documents you serve. For example, if you serve the Court and the Probation Department, you must complete two sets of proofs of service, one for the Court and one for the Probation Department. You must also note and address both parties being served within section **(D)** of the proof of service.

Use these instructions to complete the proof of service by following the alphabetical order listed on the document. This as all legal documents, must be either filled out in black ink, or typed.

**(A)** Print last name of party whose documents you are serving and case number (if known).

**(B)** Print the date that you are mailing/serving the documents.

**(C)** List the documents that you are serving. Example: "P.C. §1381 Demand for Trial."

**(D)** List the name and address of the party(s) that you are serving. Example: Superior Court – Probation Department.

**(E)** The person serving the documents prints their name, CDCR number, signs and dates the proof of service.

**Complete three proofs of service** in P.C. §1381, §1382 and §1203.2.a filings. Staple all three copies to the outside of the envelope that you are mailing to the court. The CIM Mail Room will enclose a copy in your envelope, keep a copy on file, and forward you back a signed copy for your records. In all other court actions, enclose one proof of service inside the envelope with your documents; seal the envelope in front of the appropriate staff CCR Title 15 §3142(d). Staple/tape the other two copies on the outside of the envelope.