**Name and Prisoner/Booking Number:** Raymond E. Moore Jr

**Place of Confinement:** Adult Teen Challenge

**Mailing Address:** 2844 Fair Field St

**City, State, Zip Code:** Eureka Ca, 95501

FILED
MAY 22 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

(Full Name of Plaintiff) Raymond Edward Moore Jr,
                                        Plaintiff,

v.

(Full Name of Defendant)
(1) Ms. Erwin - Butte Co Sheriff Officer,
(2) Brandie Sage - County Jail Medic,
(3) Daniela Shoemaker,
(4) Tanya Atkinson,
                                        Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-1517 JDP (PC)
(To be supplied by the Clerk)

"Jury Trial Requested"

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☒ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: _____.

## B. DEFENDANTS

1. Name of first Defendant: __Ms. Erwin__. The first Defendant is employed as: __Deputy Sheriff/Correctional Officer__ at __Butte County Jail__.
   (Position and Title)                                          (Institution)

2. Name of second Defendant: __Brandie Sage__. The second Defendant is employed as: __Medical Support__ at __Butte County Jail__.
   (Position and Title)                                          (Institution)

3. Name of third Defendant: __Daniela Shoemaker__. The third Defendant is employed as: __Medical Support__ at __Butte County Jail__.
   (Position and Title)                                          (Institution)

4. Name of fourth Defendant: __Tanya Atkinson__. The fourth Defendant is employed as: __Medical Support__ at __Butte County Jail__.
   (Position and Title)                                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __14th Amendment Constitutional__.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Mrs. Erwin and her co-workers at work the day of Aug 13th 2020 was part of the incident on the medical staff's refusel to get me proper medical treatment as her and her co workers openly laughed at me during my pain and suffering. She is staff at the Butte County Jail under her "Boss" Butte County Sheriff Kory Honea. And is sapose to help and protect all inmates but failed to do so and only chose to openly laugh at my pain and suffering. Her and others that was on staff at the time. I openly ask them to be seen by a doctor and was refused. As my appendix had ruptured. It turn into gang-green and almost took my life. I have medical pray records. Butte County Jail Oroville Ca.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Because they chose to only laugh at me, they failed to protect my safty fir which almost took my life.. I have written statements from witnesses

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. At the time of insident my pain was so great I could do nothing but cry. After I got out of the hospita I fided one..

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: 14 Constitutional Right.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On Aug 13th 2020 Brandlio Sage and Co-workers chose to Refuses me medical Treatment after my appendix had Ruptured. I called for help and when she and staff showed up all they did was take my vitles. While the whole time I was telling her and them that something was seriously wrong with my stomic. Only to be ignored and laughed at. All this went on for days, as each shift denyed me to see the Doctor on call. As it caused another issue to occure that could had been avoided with proper help by seeing the doctor like I beged them. It caused a hole to be ate in my Intestines by acid. As Ms Sage and her staff denied my Request on seeing the doctor. As it almost cost my Life.

   Butte County Jail in Oroville Ca.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   After my appendix Rupstured they should had got me to a doctor and did not do, so unto 4 days later I was suffering the whole time.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? Unsure ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 14 Amendment

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Daniela Shoemake is apart of the Medical Staff in Butte County Jail. Between Aug 13th and 21st Daniela and her Medical Staff denied me medical treatment as daily I called on the asking to be seen by the doctor. As they only took my Vitles and walked out. While my appendix had Ruptured in which could had Killed me. Daily I Requested their help around the "clock" because each Shift would not do anything but side take my Vitles. Because of their Refused to help it caused a hole to be at in my intestians. And the final out come was Gang Green and I have medical Records to prove all this.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   My appendix Ruptured and Refused help, as it then ate a hole in my Intestians then Gang Green

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

2,500,000 for egregious harm, injury & suffering also for my mental & emotional injuries I suffered unnecessary & wanton violation of civil rights in compensatory damages & (individually) from defendants and county Jail. Additionally I'm seeking 1,000,000 dollars in punitive damages from defendants (2) two (3) three and (4) for their deliberate indifference in their supervision of their correctional & medical staffing which created my unnecessary suffering and extra injuries.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-19-23                                    *Raymond E. Moore Jr*
                 DATE                                              SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Honorable Judge Peterson                 5-18-23

Thank you, your Court & Clerk for all your help, time and consideration in helping address my case. I pray you will allow it to be addressed in trial because it's clear the Wellpath Staff as well the Sheriff Staff thought very little of my life. And it's not the first time something like this has happened. I'm praying my case will be seen and judged so treatment like this will end. I have written Statements by witnesses that's willing to testify all they witnessed during that Nightmare they put me through. It almost cost me my life along with the Gang-Green that developed during that time inside me. I now have permanent Scars, inside and on the out side. Please allow my case to go through to trial.

                    Thank you
                    God Bless
            Sincerely Raymond E. Moore Jr.