UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. MOORE, Jr., | Case No. 2:22-cv-01517-DJC-JDP (PC) |
| Plaintiff, | **ORDER** |
| v. | DISCHARGING THE ORDER TO SHOW CAUSE AND DIRECTING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| BUTTE COUNTY, *et al.*, | |
| Defendants. | |

In light of plaintiff's response to the court's order to show case, ECF No. 44, the January 9, 2024 order to show cause, ECF No. 39, is discharged. Accordingly, it is hereby ORDERED that:

1. Plaintiff shall file an opposition or statement of non-opposition to defendant's motion to dismiss within thirty days.

2. Defendant may file a reply to plaintiff's opposition, if any, by no later than fourteen days after receiving plaintiff's opposition.

IT IS SO ORDERED.

Dated:   March 12, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1