1 | **PORTER | SCOTT**
2 | A PROFESSIONAL CORPORATION
  | William E. Camy, SBN 291397
3 | 2180 Harvard Street, Suite 500
  | Sacramento, CA 95815
4 | TEL: 916.929.1481
  | FAX: 916.927.3706
5 | wcamy@porterscott.com
6 |
7 | **OFFICE OF THE COUNTY COUNSEL**
  | **COUNTY OF BUTTE**
  | Brad J. Stephens, SBN 212246
8 | 25 County Center Drive, Suite 210
  | Oroville, CA 95965
9 | TEL: 530.538.7621
  | FAX: 530.538.6891
10 | EMAIL: bstephens@buttecounty.net

Attorneys for Defendant, EMILY ERWIN (SUED AS MS. ERWIN)

*Exempt from Filing Fee Pursuant to Government Code section 6103*

**UNITED STATES DISTRICT OF CALIFORNIA**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND EDWARD MOORE JR., | **Case No.: 2:22-cv-1517-DJC-JDP** |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ **ORDER FOR DISMISSAL OF ACTION AS TO DEFENDANT EMILY ERWIN WITH PREJUDICE** |
| MS. ERWIN – BUTTE CO. SHERIFF OFFICER; BRANDI SAGE – COUNTY JAIL MEDIC, DANIELA SHOEMAKER; TANYA ATKINSON; | |
| Defendants. | |
| _____ / | Compl. Filed: 8/29/2022<br>FAC Filed: 2/17/2023<br>SAC Filed: 5/22/2023 |

/ / /

---

1

PROPOSED ORDER FOR DISMISSAL OF ACTION AS TO DEFENDANT EMILY ERWIN WITH PREJUDICE

Pursuant to the stipulation by the parties to dismiss Defendant EMILY ERWIN (Sued as Ms. Erwin) ("Defendant"), this Court dismisses Defendant, with prejudice, each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   May 28, 2025                            _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE