1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND E. MOORE, Jr.,                    Case No.  2:22-cv-1517-DJC-JDP (P)

12                Plaintiff,

13         v.                                  ORDER

14   BUTTE COUNTY, *et al*.,

15                Defendants.

16

17         Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights

18   action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On July 30, 2025, the Magistrate Judge filed findings and recommendations

21   herein which were served on Plaintiff, and which contained notice to Plaintiff that any

22   objections to the findings and recommendations were to be filed within fourteen

23   days.  Plaintiff has not filed objections to the findings and recommendations.

24         The Court presumes that any findings of fact are correct.  *See Orand v. United*

25   *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law

26   are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007)

27   ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the

28   district court and [the appellate] court . . . .").  Having reviewed the file, the court finds

                                          1

the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 30, 2025, are adopted in full;

2. Defendant Sage is dismissed from this action for plaintiff's failure to serve Sage within the time specified under Federal Rule of Civil Procedure 4(m); and

3. This matter is referred back to the assigned magistrate judge for all further pretrial matters.

IT IS SO ORDERED.

Dated:   **September 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2